UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, and Does 1 to 10,<br><br>Defendants. | No. CV 15-8110 AJW<br><br>ORDER TO DISMISS ACTION<br><br>Honorable Andrew J. Wistrich |

Plaintiff United States of America and defendant Southern California Edison Company filed a Stipulation to Dismiss Case based on the settlement agreement reached between the parties.  Therefore, the Court finds that Good Cause exists, and,

IT IS HEREBY ORDERED, that this action is dismissed with prejudice in its entirety, with each party to bear their own attorney's fees and costs pursuant to the settlement agreement.

DATED:  This 7th  day of October, 2016.

ANDREW J. WISTRICH
United States Magistrate Judge